IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:03MJ134 |
| v. | ) | |
| AARON N. HOLLOWAY, | ) | ORDER |
| Defendant. | ) | |

Before the Court is the Request for Transcript of Hearing held on November 12, 2003 [13].

IT IS ORDERED:

1. Gloria Holloway is ordered to put on file with the Clerk of Court a check in the amount of $40.00. Should the cost of the transcript exceed this amount, the requestor will be required to pay the difference. Likewise, should the cost of the transcript be less than $40.00, a refund check will be issued.

2. Upon receipt of said funds, the Clerk is ordered to prepare a transcript of the hearing held on November 12, 2003. A paper copy of the transcript shall be mailed to the requestor.

Dated: July 31, 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge