IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03MJ134 |
| | ) | |
| v. | ) | |
| | ) | |
| AARON N. HOLLOWAY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Before the Court is the expedited Request for Transcript of Hearing held on November 14, 2003 [15].

IT IS ORDERED:

1. That the expedited Request for Transcript of Hearing held on November 14, 2003 [15] is granted.

2. Gloria Holloway is ordered to put on file with the Clerk of Court a check in the amount of $250.00 Should the cost of the transcript exceed this amount, the requestor will be required to pay the difference. Likewise, should the cost of the transcript be less than $250.00, a refund check will be issued.

3. Upon receipt of said funds, the Clerk is ordered to prepare a transcript of the hearing held on November 14, 2003. A paper copy of the transcript shall be mailed to the requestor.

Dated: August 9, 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge